UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Johnny Lee Jones III,<br><br>    Plaintiff,<br><br>    v.<br><br>Officer Rybecki, et al.,<br><br>    Defendants. | Case No. 2:25-cv-00046-APG-DJA<br><br>**Order** |

Plaintiff Johnny Lee Jones filed an application to proceed *in forma pauperis* (which means without paying the filing fee). (ECF No. 1). He also filed a motion to supplement. (ECF No. 2). However, Plaintiff has updated his address on the docket to reflect that he now resides at the Clark County Detention Center. (ECF No. 9). Because Plaintiff is now incarcerated, he must fill out an application to proceed *in forma pauperis* by an inmate, which is different than the application for non-incarcerated applicants. Alternatively, Plaintiff may pay the filing fee. The Court thus denies Plaintiff's application to proceed *in forma pauperis* without prejudice and will send him the application for an inmate.

The Court also denies Plaintiff's motion to supplement. The Court informs Plaintiff that it cannot piece together his complaint from multiple documents and so, his compliant must be complete in itself. So, the Court denies Plaintiff's motion to supplement without prejudice and will require Plaintiff to attach a complete complaint, including any claims he was seeking to supplement, to his renewed application to proceed *in forma pauperis* or along with his filing fee.

**IT IS THEREFORE ORDERED** that Plaintiff's application to proceed *in forma pauperis* (ECF No. 1) is **denied without prejudice.**

**IT IS FURTHER ORDERED** that Plaintiff's motion to supplement (ECF No. 2) is **denied.**

**IT IS FURTHER ORDERED** that Plaintiff has until **March 10, 2025,** to file an application to proceed *in forma pauperis* as specified in this order or pay the $405 filing fee. Plaintiff must attach a complaint containing all of his allegations to his renewed application. Failure to timely comply with this order may result in a recommendation to the district judge that this case be dismissed.

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to send Plaintiff: (1) a copy of this order; and (2) a copy of the application to proceed *in forma pauperis* by an inmate and its instructions.[1]

DATED: February 10, 2025

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

---

[1] This form and its instructions can also be found at https://www.nvd.uscourts.gov/court-information/forms/ under Code AO 240.