# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Johnny Lee Jones III, | Case No. 2:25-cv-00046-APG-DJA |
| Plaintiff, | |
| v. | **Order** |
| Officer Rybecki, et al., | |
| Defendants. | |

Before the Court is Plaintiff Johnny Lee Jones' emergency motion for documents. (ECF No. 15). Plaintiff explains that, shortly after he filed his complaint, he was arrested and detained at the Clark County Detention Center. So, he no longer has a copy of his complaint or any other documents other than ECF Nos. 9, 10, and 11. Plaintiff thus requests that the Court send him ECF Nos. 1 through 8.

The statute allowing parties to proceed *in forma pauperis* (meaning without paying the filing fee) does not include the right to obtain court documents without payment. *See* 28 U.S.C. § 1915. And granting an *in forma pauperis* application does not relieve the applicant of the responsibility to pay the expenses of litigation not covered by 28 U.S.C. § 1915. Nevada Local Special Rule 1-6. The Court ordinary cannot provide free copies even to indigent plaintiffs proceeding *in forma pauperis*. *See Jackson v. Philson*, No. 3:20-cv-00009-GMN-CLB, 2020 WL 9888358, at \*1 (D. Nev. Sept. 28, 2020). However, when screening complaints, the Court routinely provides *pro se* prisoner plaintiffs with a courtesy copy of their complaints. *See id.*

Here, even though the Court has not yet granted Plaintiff *in forma pauperis* status, given Plaintiff's circumstances, the Court will grant Plaintiff's motion in part and provide him with a courtesy copy of his complaint (ECF No. 1). The Court will also send Plaintiff a copy of the docket sheet. However, the Court will not send Plaintiff all the documents filed in this case

before ECF No. 9 at this time.  Instead, when he receives a copy of the docket sheet, Plaintiff may review the docket sheet and request specific documents in a separate motion if he needs them.

**IT IS THEREFORE ORDERED** that Plaintiff's emergency motion for documents (ECF No. 15) is **granted in part and denied in part.**  It is granted in part regarding Plaintiff's request that the Court send him a copy of his complaint.  It is denied in all other respects.  The Court will also send Plaintiff a copy of the docket sheet.

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to send Plaintiff the following: (1) the complaint filed at ECF No. 1-1; (2) a copy of the docket sheet; and (3) a copy of this order.

**IT IS FURTHER ORDERED** that, if Plaintiff requires additional documents after reviewing the docket sheet, he may file a separate motion requesting those specific documents.

DATED: February 14, 2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE