# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Johnny Lee Jones, III,<br><br>                    Plaintiff,<br><br>    v.<br><br>Officer T. Rybecki, et al.,<br><br>                    Defendants. | Case No. 2:25-cv-00046-APG-DJA<br><br>**Order** |

Before the Court is Plaintiff Johnny Lee Jones, III, "emergency motion to supplement ECF 33." (ECF No. 35). ECF No. 33 is Plaintiff's his motion to proceed *in forma pauperis* on appeal. (ECF No. 33). However, the Ninth Circuit has provided a docketing notice explaining to Plaintiff that "[m]otions filed along with the notice of appeal in the district court are not automatically transferred to this court for filing. Any motion seeking relief from this court must be separately filed in this court's docket." (ECF No. 31). So, to the extent Plaintiff seeks leave from the Ninth Circuit Court of Appeals to supplement his application to proceed *in forma pauperis*, he must file his motion in the Ninth Circuit court, under his appellate case number. Because Plaintiff appears to have erroneously filed his motion in this district court, the Court denies it.

**IT IS THEREFORE ORDERED** that Plaintiff's motion (ECF No. 35) is **denied.**

DATED: April 9, 2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE