# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Johnny Lee Jones, III,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Officer T. Rybecki, et al.,<br><br>　　　　　Defendants. | Case No. 2:25-cv-00046-APG-DJA<br><br>**Order** |

　　　This matter is before the Court on *pro se* Plaintiff Johnny Lee Jones, III's emergency motion to waive filing fee. (ECF No. 51). Plaintiff has not filled out this Court's form for proceeding *in forma pauperis* (meaning, to proceed without paying the filing fee) as required by Nevada Local Special Rule (LSR) 1-1. LSR 1-1 (explaining that applications to proceed *in forma pauperis* "must be made on the form provided by the court.")[1] The Court will therefore deny the motion (ECF No. 51) and require Plaintiff to re-file a complete application on the correct form or to pay the filing fee.

　　　**IT IS THEREFORE ORDERED** that Plaintiff's emergency motion to waive filing fee (ECF No. 51) is **denied.**

　　　**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to send Plaintiff a copy of this order and the Short Form application to proceed *in forma pauperis* and its accompanying instruction packet.[2]

---

[1] LSR 1-1 refers to the Court's local rule on applications to proceed *in forma pauperis*. The Court's local rules may be accessed on the Court's website, https://www.nvd.uscourts.gov/court-information/forms/

[2] This form can also be found online at https://www.nvd.uscourts.gov/court-information/forms/ under Code AO 240.

**IT IS FURTHER ORDERED** that Plaintiff shall have until **December 8, 2025,** to either: (1) file a complete application to proceed *in forma pauperis* in compliance with 28 U.S.C. § 1915(a)(1) and LSR 1-1; or (2) pay the full $405 filing fee, which includes the $350 filing fee plus the $55 administrative fee. **Plaintiff is advised that failure to comply with this order will result in a recommendation to the district judge that the case be dismissed.**

DATED: November 7, 2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE