**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHNNY LEE JONES, III, | Case No.: 2:25-cv-00046-APG-DJA |
| Plaintiff | **Order Accepting Report and Recommendation and Dismissing Case** |
| v. | |
| OFFICER T. RYBECKI, et al., | [ECF No. 57] |
| Defendants | |

On December 12, 2025, Magistrate Judge Albregts recommended dismissal of plaintiff Johnny Lee Jones III's complaint because Jones did not comply with Judge Albregts' deadline to file a complete *in forma pauperis* form or pay the filing fee. ECF No. 57. Jones did not object. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that the Report and Recommendation (ECF No. 57) is accepted and this case is DISMISSED without prejudice. All pending motions are denied without prejudice. The clerk of the court will enter judgment accordingly.

DATED this 31st day of December, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE