**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHNNY LEE JONES, III, | Case No.: 2:25-cv-00046-APG-DJA |
| Plaintiff | **Order Denying Pending Motions** |
| v. | [ECF Nos. 66, 68, 69, 70, 71, 78, 81, 82] |
| OFFICER T. RYBECKI, et al., | |
| Defendants | |

Johnny Lee Jones has appealed my order dismissing this case. ECF No. 67. Since filing his notice of appeal, he has filed several other motions.

"The general rule is that once a notice of appeal has been filed the district court is divested of jurisdiction over the matters being appealed." *United States v. Phelps*, 283 F.3d 1176, 1181 n.5 (9th Cir. 2002) (citation omitted). Because Jones is appealing the dismissal of this case, I have no jurisdiction to consider his motions. Thus, I deny Jones' pending motions.

I THEREFORE ORDER that Jones' pending motions **(ECF Nos. 66, 68, 69, 70, 71, 78, 81, and 82) are denied without prejudice**.

DATED this 25th day of March, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE